06/24/2002  16:25    215-239-6060          FLAMM BOROFF BACINE                      PAGE  03

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 626, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| MIDDLE STATES DRYWALL, INC., et al., | : | NO. 02-CV-2761 |
| Defendants | : | |

### STIPULATION FOR ENLARGEMENT OF TIME

The undersigned hereby stipulate that the time in which defendants ALN Construction, Brenda Peterson and Greg Peterson must answer, move or otherwise plead to the Complaint in this matter be extended through and including July 1, 2002.

No other extensions have been requested or granted in this matter.

FLAMM, BOROFF & BACINE, PC
925 Harvest Drive
Suite 220
Blue Bell, PA 19422
Telephone:  215 239 6000
Facsimile:  215 239 6060

BY: _Walter H. Flamm_
    Walter H. Flamm, Jr.
    Attorney for Defendants
    ALN Construction, Brenda
    Peterson and Greg Peterson

Date: 24 JUNE 2002

JENNINGS SIGMOND
Penn Mutual Towers, 16ᵗʰ Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
Telephone: 215 351 0670
Facsimile: 215 922 3524

BY: _Kent Cprek_
    Kent Cprek
    Attorneys for Plaintiffs

Date: 6/24/02

APPROVED:

_____
                    J.

Date:_____

125392 v1

This document has been electroncially filed.
This document has been electroncially filed.