UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, et al. | : CIVIL ACTION |
| Plaintiffs | : |
| v. | : |
| MIDDLE STATES DRYWALL, INC., et al. | : |
| Defendants | : NO. 02-2761 |

## SUGGGESTION OF BANKRUPTCY

TO THE CLERK:

An involuntary Chapter 7 Petition in bankruptcy was filed against Defendant Coldiron Building, Inc., on December 4, 2002 in the United States Bankruptcy Court for the Eastern District of Pennsylvania, docketed at Case No. 02-37381. No further action may be prosecuted against Coldiron Building, Inc. in Civil Action No. 02-2761 as a result of the automatic stay imposed pursuant to 11 U.S.C. §362(a). The bankruptcy does not affect claims against Middle States Drywall, Inc., J. R. Coldiron & Sons, Inc., Coldiron Enterprises, Inc., ALN Construction, John D. Coldiron, John R. Coldiron, Brenda Peterson and Greg Peterson.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/Shelley R. Goldner
KENT G. CPREK, ESQUIRE (I.D. No. 40806)
SHELLEY R. GOLDNER (I.D. No. 32896)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square West
Philadelphia, PA 19106-3683
(215) 351-0615/0644
Attorneys for Plaintiffs

Date: December 6, 2002

107992-1

## CERTIFICATE OF SERVICE

  I, Shelley R. Goldner, Esquire, statue under penalty of perjury that I caused a copy of the foregoing Suggestion of Bankruptcy to be served via first class mail, postage prepaid on the date and to the addresses below:

<div style="display:flex">

John D. Coldiron
845 Waterway Road
Oxford, PA  19363

Michael T. Imms Esquire
Crawford, Wilson & Ryan, LLC
220 West Gay Street
West Chester, PA  19380

Walter Flamm, Esquire
Flamm, Boroff & Bacine, P.C.
Union Meeting Corporate Ctr.
925 Harvest Drive, Suite 200
Blue Bell, PA  19422

Greg Peterson
25 Good Hope Road
Landenberg, PA  19350
and
P.O.Box 7717
Wilmington, DE  19803

</div>

ALN Construction
25 Good Hope Road
Landenberg, PA 19350
and
P.O.Box 7717
Wilmington, DE  19803

Brenda Peterson
25 Good Hope Road
Landenberg, PA  19350
and
P.O.Box 7717
Wilmington, DE 19803

Date: <u>December 6, 2002</u>      s/Shelley R. Goldner
               SHELLEY R. GOLDNER, ESQUIRE

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM**

107992-1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| MIDDLE STATES DRYWALL, INC., et al. | : | |
| Defendants | : | NO. 02-2761 |

**ORDER**

Upon consideration of the Suggestion of Bankruptcy filed by Plaintiffs' counsel, it is

ORDERED:

1. All claims against Defendant Coldiron Building, Inc. only in this action are stayed pending a final resolution of Coldiron, Building, Inc.'s bankruptcy proceeding.

2. This action shall continue with respect to Defendants Middle States Drywall, Inc., J.R. Coldiron & Sons, Inc., Coldiron Enterprises, Inc., ALN Construction, John D. Coldiron, John R. Coldiron, Brenda Peterson and Greg Peterson.

BY THE COURT

Date:_____                    _____
                                                R. BARCLAY SURRICK          J.

107992-1