## **CERTIFICATE OF SERVICE**

I certify that I have served copies of the foregoing Answer of Defendants ALN Construction, Brenda Peterson and Greg Peterson to Complaint by placing copies of it in the United States Mail addressed to:

    Middle States Drywall, Inc.
    P.O. Box 660
    17 West Miner Street
    West Chester, PA 19381

    J.R. Coldiron & Sons, Inc.
    P.O. Box 460
    Newport Gap Pike
    Avondale, PA 19311

    Coldiron Enterprises, Inc.
    17 West Miner Street
    P.O. Box 660
    West Chester, PA 19381

    Coldiron Building, Inc.
    845 Waterway Road
    Oxford, PA 19363

    John D. Coldiron
    845 Waterway Road
    Oxford, PA 19363

    John R. Coldiron
    17 West Miner Street
    P.O. Box 660
    West Chester, PA 19381

Date: December 10, 2002                        _____
                                                        Walter H. Flamm, Jr.