# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-2761

PLAINTIFF:
**Local Union No. 626 United Brotherhood of Carpenters and Joiners of America Pension Fund**

vs.

DEFENDANT:
**Middle States Drywall, Inc., J.R. Coldiron & Sons, Inc., et al.**

For:
Shelley R. Goldner, Esquire
Jennings Sigmond
The Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA  19106-3683

Received by TALONE & ASSOCIATES to be served on **Coldiron Enterprises, Inc.., 25 Good Hope Road, Landenberg, PA 19350.**

I, GERALD TAYLOR, being duly sworn, depose and say that on the **22nd day of December, 2002** at **4:35 pm,** I:

SERVED the within named **CORPORATION** by delivering a true copy of the **Amended Complaint** with the date and hour of service endorsed thereon by me to Brenda Peterson as Officer of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
The recipient was cooperative and the telephone-number is 610-255-0829. Service was effectuated at the above location.

**Description** of Person Served:  Age: 47,  Sex: F,  Race/Skin Color: Caucasian,  Height: 5'7,  Weight: 135,  Hair: Blk,  Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

GERALD TAYLOR
Process Server

Subscribed and Sworn to before me on the 6th day of January, 2003 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA  19146-1637
(215) 546-6080

Our Job Serial Number: 2002003782

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f