IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 626 UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, et al. | : : : | |
| Plaintiffs | : | CIVIL ACTION NO. |
| v. | : : | 02-CV-2761 |
| MIDDLE STATES DRYWALL, INC., et al. | : : | |
| Defendants | : | |
| | : | |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance as counsel for all Plaintiffs with respect to this matter. The appearance of Jennings Sigmond is already entered for all Plaintiffs.

                           JENNINGS SIGMOND

Dated: <u>April 15, 2003</u>          BY: <u>s/ Shelley R. Goldner</u>
                                          SANFORD G. ROSENTHAL (ID NO. 38991)
                                          SHELLEY R. GOLDNER (ID NO.32896)
                                          The Penn Mutual Towers, 16th Floor
                                          510 Walnut Street
                                          Philadelphia, PA  19106-3683
                                          (215) 351-0611/0644
                                          Attorneys for Plaintiffs

113911-1

## CERTIFICATE OF SERVICE

I, SHELLEY R. GOLDNER, ESQUIRE, state, under penalty of perjury, that the foregoing Motion for Judgment by Default by the Court pursuant to Federal Rule of Civil Procedure 55(b)(2) Against Defendant, J. R. Coldiron & Sons, Inc., Middle States Drywall, Inc., Coldiron Enterprises, Inc. and John D. Coldiron was served by mailing same first class mail, postage prepaid on the date listed below to:

| | |
|---|---|
| Middle States Drywall, Inc.<br>25 Good Hope Road<br>Landenberg, PA  19350 | John D. Coldiron<br>845 Waterway Road<br>Oxford, PA  19363 |
| Coldiron Enterprises, Inc.<br>25 Good Hope Road<br>Landenberg, PA  19350 | Walter Flamm, Esquire<br>Flamm, Boroff & Bacine, P.C.<br>Union Meeting Corporate Ctr.<br>925 Harvest Drive, Suite 200 |
| Michael T. Imms Esquire<br>Crawford, Wilson & Ryan, LLC<br>220 West Gay Street<br>West Chester, PA  19380 | Blue Bell, PA  19422 |

                                                          s/Shelley R. Goldner_____
                                                          SHELLEY R. GOLDNER, ESQUIRE

Date: April 15, 2003


THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM

113911-1