IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 626 UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, et al.<br><br>                        Plaintiffs<br><br>  v.<br><br>MIDDLE STATES DRYWALL, INC., et al.<br><br>                        Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br>02-CV-2761 |

## JOINT STIPULATION PURSUANT TO F.R.C.P. 41 (a)(1)

It is stipulated and agreed by undersigned Counsel on behalf of the parties that this matter is to be Dismissed as to Defendants ALN Construction, Brenda Peterson and Greg Peterson ONLY.

| For Plaintiffs | For Defendants |
|---|---|
| JENNINGS SIGMOND, P.C. | FLAMM, BOROFF & BACINE, PC |
| BY: s/ Shelley R. Goldner<br>SANFORD G. ROSENTHAL (ID NO. 38991)<br>SHELLEY R. GOLDNER (ID NO.32896)<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street<br>Philadelphia, PA  19106-3683<br>(215) 351-0611/0644<br>Attorneys for Plaintiffs | BY: s/ Walter H. Flamm, Jr.   whf621<br>WALTER H. FLAMM, JR. (I.D.# 16607)<br>Union Meeting Corporate Center<br>925 Harvest Drive, Suite 220<br>Blue Bell, PA  19422<br>(215) 239-6001<br>Attorney for Defendants ALN Construction, Brenda Peterson and Greg Peterson |

Dated:  January 14, 2005

146381-1