IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA WELFARE TRUST FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA APPRENTICESHIP FUND AND ITS SUBSIDIARY, T/A CARPENTERS LOCAL 626 JOINT APPRENTICESHIP TRAINING CENTER, INC. AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO LOCAL 626 OF DELAWARE, DELAWARE STATE REGIONAL COUNCIL OF CARPENTERS, INTERNATIONAL HEALTH & SAFETY TRAINING FUND/ MARKETING FUND, CARPENTERS LOCAL 626 POLITICAL ACTION COMMITTEE AND JOSEPH DURHAM**<br>PLAINTIFFS<br>vs.<br>**MIDDLE STATES DRYWALL, INC., J.R. COLDIRON & SONS, INC., COLDIRON ENTERPRISES, INC., COLDIRON BUILDING, INC., ALN CONSTRUCTION, JOHN D. COLDIRON, JOHN R. COLDIRON, BRENDA PETERSON AND GREG PETERSON**<br>DEFENDANTS | **CIVIL ACTION 02-CV-2761** |

**CRAWFORD, WILSON & RYAN, LLC AND MICHAEL T. IMMS, ESQUIRE'S MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL FOR <u>DEFENDANT COLDIRON BUILDING, INC.</u>**

Crawford, Wilson & Ryan, LLC and Michael T. Imms, Esquire respectfully move this Honorable Court grant leave to withdraw as counsel for Defendant Coldiron Building, Inc. for the reasons set forth in the accompanying Memorandum of Law.

                **Respectfully submitted,**

                **CRAWFORD, WILSON & RYAN, LLC**

                **BY:** _____
                    **MICHAEL T. IMMS, ESQUIRE**
                    **ATTORNEY I.D. NO. 77510**
                    **220 WEST GAY STREET**
                    **WEST CHESTER, PA 19380**
                    **610-836-3000**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA WELFARE TRUST FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA APPRENTICESHIP FUND AND ITS SUBSIDIARY, T/A CARPENTERS LOCAL 626 JOINT APPRENTICESHIP TRAINING CENTER, INC. AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO LOCAL 626 OF DELAWARE, DELAWARE STATE REGIONAL COUNCIL OF CARPENTERS, INTERNATIONAL HEALTH & SAFETY TRAINING FUND/ MARKETING FUND, CARPENTERS LOCAL 626 POLITICAL ACTION COMMITTEE AND JOSEPH DURHAM | **CIVIL ACTION 02-CV-2761** |

                          **PLAINTIFFS**
                    vs.
**MIDDLE STATES DRYWALL, INC.,**
**J.R. COLDIRON & SONS, INC.,**
**COLDIRON ENTERPRISES, INC.,**
**COLDIRON BUILDING, INC.,**
**ALN CONSTRUCTION,**
**JOHN D. COLDIRON,**
**JOHN R. COLDIRON,**
**BRENDA PETERSON AND**
**GREG PETERSON**
                          **DEFENDANTS**

# ORDER

**AND NOW**, this        day of                  , 2005, upon consideration of the Motion of counsel and any response thereto, it is hereby **ORDERED** that Crawford, Wilson & Ryan, LLC and Michael T. Imms, Esquire are permitted to withdraw as counsel for Defendant Coldiron Building, Inc. Defendant should find substitute counsel or proceed pro se.

**BY THE COURT:**

_____
                                                                          **J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA WELFARE TRUST FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA APPRENTICESHIP FUND AND ITS SUBSIDIARY, T/A CARPENTERS LOCAL 626 JOINT APPRENTICESHIP TRAINING CENTER, INC. AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO LOCAL 626 OF DELAWARE, DELAWARE STATE REGIONAL COUNCIL OF CARPENTERS, INTERNATIONAL HEALTH & SAFETY TRAINING FUND/ MARKETING FUND, CARPENTERS LOCAL 626 POLITICAL ACTION COMMITTEE AND JOSEPH DURHAM**<br>         **PLAINTIFFS**<br>                vs.<br>**MIDDLE STATES DRYWALL, INC., J.R. COLDIRON & SONS, INC., COLDIRON ENTERPRISES, INC., COLDIRON BUILDING, INC., ALN CONSTRUCTION, JOHN D. COLDIRON, JOHN R. COLDIRON, BRENDA PETERSON AND GREG PETERSON**<br>         **DEFENDANTS** | **CIVIL ACTION 02-CV-2761** |

**CRAWFORD, WILSON & RYAN, LLC AND MICHAEL T. IMMS, ESQUIRE'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL FOR <u>DEFENDANT COLDIRON BUILDING, INC.</u>**

Crawford, Wilson & Ryan, LLC is a professional LLC, organized under the laws of the Commonwealth of Pennsylvania with an address of 220 West Gay Street, West Chester, Pennsylvania.

Michael T. Imms is an adult individual licensed to practice law in the Supreme Court of the Commonwealth of Pennsylvania, Attorney I.D. No. 77510 together Crawford, Wilson & Ryan, LLC and Michael T. Imms will be referred to as "Attorneys").

Defendant Coldiron Building, Inc. will be hereinafter be referred to as "Coldiron".

Attorneys entered their appearance on behalf of Coldiron in this matter intending at that time to represent them in the defense of Plaintiffs' claims.  Attorneys filed an Answer on Coldiron's behalf.  Subsequently, Coldiron consulted another law firm who practiced bankruptcy.  Following that consultation, Coldiron indicated to Attorneys that it would be pursuing a course of bankruptcy and that Attorneys were to cease any activity on its behalf until further notice.  Attorneys have never received any further instructions from Coldiron regarding the defense of its claims in the above-captioned matter or whether or not it has successfully been discharged in bankruptcy.  Subsequently, any further attempts by the Attorneys to contact Coldiron have gone unanswered.

In March, 2005, Attorneys received a call from the Court requesting a status on the case.  Attorneys attempted to contact Coldiron by telephone on two (2) occasions in March, 2005 and by way of a letter dated April 1, 2005.  Coldiron did not return Attorneys' calls, nor respond to the letter of April 1, 2005.  Attorneys again attempted to contact Coldiron by telephone in April, but their messages went unreturned.  Attorneys are due an outstanding balance from Coldiron for the services which had been rendered which has gone unpaid.  Attorneys understood that if Coldiron was successful in filing its Bankruptcy Petition, that this debt would be discharged, however, Attorneys have never received any notice regarding the status of a bankruptcy filing from Coldiron and cannot tell whether or not this debt has been discharged.

Because of the failure of Coldiron to communicate with the Attorneys and to pay or indicate that the outstanding charge had been discharged, the attorney-client relationship between Coldiron and Attorneys has been irrevocably severed.  Attorneys are of the opinion that they can no longer provide competent and zealous advocacy to Coldiron in this or any other matter.

For these reasons, Attorneys request this Honorable Court to grant leave for them to withdraw as counsel for Coldiron in this matter.

WHEREFORE, Crawford, Wilson & Ryan, LLC and Michael T. Imms, Esquire respectfully move this Honorable Court to grant them leave to withdrawal as counsel for Defendant Coldiron Building, Inc. and direct that Coldiron retain other counsel or proceed pro se.

**Respectfully submitted,**

**CRAWFORD, WILSON & RYAN, LLC**

BY: _____
**MICHAEL T. IMMS, ESQUIRE
ATTORNEY I.D. NO. 77510
220 WEST GAY STREET
WEST CHESTER, PA 19380
610-836-3000**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA PENSION FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA WELFARE TRUST FUND, LOCAL UNION NO. 626, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA APPRENTICESHIP FUND AND ITS SUBSIDIARY, T/A CARPENTERS LOCAL 626 JOINT APPRENTICESHIP TRAINING CENTER, INC. AND UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO LOCAL 626 OF DELAWARE, DELAWARE STATE REGIONAL COUNCIL OF CARPENTERS, INTERNATIONAL HEALTH & SAFETY TRAINING FUND/ MARKETING FUND, CARPENTERS LOCAL 626 POLITICAL ACTION COMMITTEE AND JOSEPH DURHAM** | **CIVIL ACTION 02-CV-2761** |

**PLAINTIFFS**

vs.

**MIDDLE STATES DRYWALL, INC.,
J.R. COLDIRON & SONS, INC.,
COLDIRON ENTERPRISES, INC.,
COLDIRON BUILDING, INC.,
ALN CONSTRUCTION,
JOHN D. COLDIRON,
JOHN R. COLDIRON,
BRENDA PETERSON AND
GREG PETERSON**

**DEFENDANTS**

## **CERTIFICATION OF SERVICE**

This is to certify that a true and correct copy of Crawford, Wilson & Ryan, LLC and Michael T. Imms, Esquire's Motion to Withdrawal as Counsel for Defendant Coldiron Building, Inc. and the Memorandum of Law in support thereof, was served on all counsel of record and unrepresented parties by means of forwarding a true and correct copy of said documentation on the ____ day of May, 2005, via First Class, U.S. Mail, postage prepaid, to:

| | | |
|---|---|---|
| Coldiron Building, Inc. c/o John P. Coldiron 136 Farm View Drive Oxford, PA 19363 | Middle States Drywall, Inc. 17 West Miner Street West Chester, PA 19381 | J.R. Coldiron & Sons, Inc. P.O. Box 460 Newport Gap Pike Avondale, PA 19311 |

| | | |
|---|---|---|
| Coldiron Enterprises, Inc.<br>17 West Miner Street<br>P.O. Box 660<br>West Chester, PA 19381 | ALN Construction<br>P.O. Box 7717<br>Wilmington, DE 19803 | John D. Coldiron<br>845 Waterway Road<br>Oxford, PA 19363 |
| John R. Coldiron<br>17 West Miner Street<br>P.O. Box 660<br>West Chester, PA 19381 | Brenda Peterson<br>P.O. Box 7717<br>Wilmington, DE 19803 | Greg Peterson<br>P.O. Box 7717<br>Wilmington, DE 19803 |

Marc L. Gelman, Esquire
Jennings Sigmond
510 Walnut Street
Suite 1600
Philadelphia, PA 19106
Counsel for Plaintiffs

                                        **CRAWFORD, WILSON & RYAN, LLC**

                                        **BY:** _____
                                              **MICHAEL T. IMMS, ESQUIRE**
                                              **ATTORNEY I.D. NO. 77510**
                                              **220 WEST GAY STREET**
                                              **WEST CHESTER, PA 19380**
                                              **610-836-3000**