IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOCAL UNION 626, ET AL. : | |
| : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| MIDDLESTATES DRYWALL, INC, ET AL. : | NO. 02-CV-2761 |

**O R D E R**

**AND NOW,** this 9th day of September, 2005, counsel having notified the Court that the above captioned action may be dismissed pursuant to the provisions of Rule 41 (a)(2) of the Local Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** without prejudice.

BY THE COURT:

S:/R. Barclay Surrick, Judge